```
              UNITED STATES DISTRICT COURT
              EASTERN DISTRICT OF LOUISIANA

ROBERT HASTY                    *         CIVIL ACTION

VERSUS                          *         NO: 02-1542

TRANS ATLAS BOATS, INC., ET     *         SECTION: "D"(2)
AL
```

## ORDER AND REASONS

Before the court is the **"Motion for Entry of Final Judgment Under Rule 54(b)"** filed by Defendant/Third-Party Claimant, Trans Atlas Boats, Inc.  Plaintiff Robert Hasty, filed a memorandum in opposition.  The motion, set for hearing on Wednesday, February 15, 2006, is before the court on briefs, without oral argument.

Having considered the memoranda of counsel, the record, and the applicable law, the court finds that the motion should be denied.  While the court recognizes that Trans Atlas is in an unenviable position due to the dismissal of Trans Atlas' third-party claim against the Greater Lafourche Port Commission, the court concludes that there is just reason for delay in issuing the 54(b) Judgment that Trans Atlas seeks.  Plaintiff's alleged injury occurred in 2001 and Plaintiff is entitled to his day in court;

this matter has already gone to the Fifth Circuit on two occasions, and further piecemeal litigation is not warranted; and if necessary, Trans Atlas can certainly seek post-trial relief.

Accordingly;

**IT IS ORDERED** that Trans Atlas' **"Motion for Entry of Final Judgment Under Rule 54(b)"** be and is hereby **DENIED.**

New Orleans, Louisiana, this **16th** day of **February**, 2006.

_____
A.J. MCNAMARA
UNITED STATES DISTRICT JUDGE